UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-04878-MWF (GJSx) | Date | February 3, 2022 |
|---|---|---|---|
| Title | Danny Varner v. Felicia Ponce, et al. | | |

| Present: | Hon. Michael W. Fitzgerald, United States District Judge |
|---|---|

| Rita Sanchez | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE

On January 24, 2022, Plaintiff Danny Varner filed a Motion for Appropriate Relief (the "Motion"). (Docket No. 24). The Motion does not respond to the Court's prior Order to Show Cause (the "First OSC") filed October 7, 2021. (Docket No. 19). On November 19, 2021, Plaintiff requested an extension of time to respond to the First OSC; that request was granted on November 23, 2021. (*See* Motion, Docket No. 22, and Order, Docket No. 23). The deadline to respond to the First OSC is February 4, 2022.

Plaintiff is currently incarcerated at FCI El Reno (Oklahoma). Plaintiff admits in the instant Motion that the basis for this lawsuit has been mooted, given that, in initiating this case, he wished to receive only injunctive-type relief directed at the conditions of his confinement at FCI-Terminal Island, but he has not been incarcerated at that institution since early September 2021. If, as Plaintiff indicates, he has complaints about, and wishes to seek relief as to, his *current* conditions of confinement at FCI El Reno, the Central District of California cannot issue such relief as it is not the appropriate venue for any such claims; any such relief would need to be sought in the appropriate District Court in Oklahoma.

Accordingly, the Court now **ORDERS** Plaintiff to **SHOW CAUSE** why this action should not be dismissed for lack of jurisdiction and/or mootness. In his Response, Plaintiff must explain why this action properly may continue in this venue through the filing of an amended petition/complaint, and further, he must append to his Response a proposed amended petition or complaint that states a cognizable basis for both venue and

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-04878-MWF (GJSx) | Date | February 3, 2022 |
|---|---|---|---|
| Title | Danny Varner v. Felicia Ponce, et al. | | |

relief in *this* District.  Failure to timely, properly file the Response and the proposed amended petition/complaint will result in the dismissal of this action.  **Plaintiff's response shall be received no later than MARCH 4, 2022.  No further extensions will be granted absent a showing of extraordinary circumstances.**

Plaintiff has requested a refund of his $350 filing fee.  The Court DENIES that request.  Plaintiff may file an in forma pauperis application should he file a new Petition in the proper District Court in Oklahoma.

**IT IS SO ORDERED.**